Official Form 3
(12/03)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _Harper, Mary_,                                  Case No. _05-42981_
                        Debtor                          Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.      In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _194—_ in installments.

2.      I certify that I am unable to pay the Filing Fee except in installments.

3.      I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the Filing Fee.*

        $ _20.00_      Check one ☑   With the filing of the petition, or
                                  ☐   On or before
        $ _58.00_  on or before _11-3-05_
        $ _58.00_  on or before _12-3-05_
        $ _58.00_  on or before _1-6-06_

```
                    FILED
            UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF ILLINOIS

                    OCT - 3 2005

            KENNETH S. GARDNER, CLERK
                 PS REP. - MBM
```

*       The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.      I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____              _Mary Harge_          _9/29/05_
Signature of Attorney        Date       Signature of Debtor            Date
                                        (In a joint case, both spouses must sign.)

_____
Name of Attorney                        _____          _____
                                        Signature of Joint Debtor (if any)       Date

----------------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____                        Social Security No.
Printed or Typed Name of Bankruptcy Petition Preparer       (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
x_____                        Date **OCT - 3 2005**
Signature of Bankruptcy Petition Preparer

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

**KENNETH S. GARDNER**

3