UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 42981
    MARY HARPER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7025

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/03/2005 and was confirmed 12/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.00%.

    The case was dismissed after confirmation 08/06/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1843.18 | .00 | 463.13 |
| ACTION CARD VISA PLATINU | UNSECURED | 1620.77 | .00 | 407.25 |
| ACTION CARD VISA PLATINU | UNSECURED | 1618.44 | .00 | 406.66 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SUSAN C BALVERDE MD | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 599.46 | .00 | 139.86 |
| LOYOLA UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 920.12 | .00 | 231.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2034.28 | .00 | 525.91 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | 464.18 | .00 | 116.64 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WEST SURBURBAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 861.83 | .00 | 216.56 |
| ECAST SETTLEMENT CORP | UNSECURED | 670.60 | .00 | 156.45 |
| CAPITAL ONE | UNSECURED | 447.49 | .00 | 104.42 |
| CAPITAL ONE | UNSECURED | 776.97 | .00 | 181.29 |
| HSBC | UNSECURED | 9029.94 | .00 | 2268.87 |
| HFC | UNSECURED | NOT FILED | .00 | .00 |
| *GENERAL MOTORS ACCEPTAN | SECURED NOT I | .00 | .00 | .00 |
| *GENERAL MOTORS ACCEPTAN | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 400.00 | | 44.41 |
| TOM VAUGHN | TRUSTEE | | | 281.36 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------

                    RECEIPTS                DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 42981 MARY HARPER

--------------------------------------------------------------------------------
TRUSTEE                          5,544.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      5,218.23
ADMINISTRATIVE                                    44.41
TRUSTEE COMPENSATION                             281.36
DEBTOR REFUND                                       .00
                          ---------------   ---------------
TOTALS                          5,544.00          5,544.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/03/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE